**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GROVER M. EVANS, SR.                                                                PLAINTIFF

v.                                          No. 4:12CV00414 JLH

DEPARTMENT OF CAREER EDUCATION;
and ARKANSAS REHABILITATION SERVICES                          DEFENDANTS

## ORDER

The Court's attention has been directed to the fact that plaintiff Grover M. Evans, Sr., is

presently proceeding *pro se.*

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required

to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of

this Court.  Failure to so comply can result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the

Local Rules can be obtained from the United States District Court Clerk for the Eastern District of

Arkansas.  Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and

certified mail, return receipt requested.

IT IS SO ORDERED this 10th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE